# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:08-CR-00025-KJD-LRL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| LORENZO TUCKER, | |
| Defendant. | |

This case was closed and judgment entered in July of 2009 (#122). Defendant Lorenzo Tucker's appeal was unsuccessful (#140), and his Motion to Vacate under 28 U.S.C. § 2255 was denied (#159). Since that time, Defendant has filed an affidavit (#160), an exhibit to that affidavit (#161), a copy of his request for administrative relief (#162), and two other exhibits unconnected to any other filing (##163, 164).

To the extent that Defendant seeks relief for his prior causes of action, these filings are wholly ineffective as no motion is pending before the Court. Further, it is highly unlikely that any relief is warranted given the continued denial of any relief to this point.

To the extent that Defendant seeks relief for new harm, his sole recourse is to file a new case.

Accordingly, the above filings (##160, 161, 162, 163, and 164) are stricken as improper.

DATED this 14th day of May 2014.

_____
Kent J. Dawson
United States District Judge