# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LORENZO TUCKER

    Defendant.

Case No. 2:08-CR-00025-KJD-LRL

**ORDER**

    Presently before the Court is Defendant's Emergency Motions for the Production of Chronologies (#185, 187, 193). No response has been filed.

    On October 3, 2016, the United States Probation Office ("Probation") filed a petition to revoke Mr. Tucker's supervised release for two alleged violations ("Petition"). (#174) Probation filed an addendum ("Addendum") on October 13, 2016 listing a third violation. The Petition's first violation alleges that Defendant committed a new crime, Child Abuse, on or about September 26, 2016 and October 1, 2016. (#174).

    Federal Rules of Criminal Procedure, Rule 32.1 provides that "[t]he person [subject to a revocation hearing] is entitled to . . . disclosure of the evidence against the person." Fed. R. Crim. P. 32.1(b)(2)(B). Defendant requests that Probation provide defense counsel with any and all chronologies regarding Probation's communications with Jana Foxworth about alleged Child Abuse and a video recording, as well as Probation's communications with Mr. Tucker about the drug testing log as this constitutes evidence against Defendant. Probation's failure to file any objections to Defendant's Motion "constitutes a consent to granting the motion." L. Crim. R. 47-3.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Emergency Motions for the Production of Chronologies (#185, 187, 193) are **granted**. If the materials have not been produced prior to the entry of this order, they will be provided to Defense counsel forthwith, and copies brought to the hearing now scheduled for November 30, 2016 at 9 a.m. in Courtroom 4A.

DATED this 29th day of November 2016.

_____
Kent J. Dawson
United States District Judge

2