UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:08-cr-025-KJD-CWH |
| ) | |
| vs. ) | |
| ) | |
| LORENZO TUCKER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On December 13, 2016, this court received a request for a copy of the audio recording from Raquel Lazo, Assistant Federal Public Defender, for the hearing on the Revocation of Supervised Release held on November 30, 2016, **in which a portion of the hearing, 10:09:38 - 10:41:23 a.m., was sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portions of the audio shall be unsealed by the Clerk for the limited purpose of providing a copy of the audio as requested by Defense counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the audio shall thereafter be resealed by the Clerk until further order of this Court.

**IT IS FURTHER ORDERED** that Defense counsel shall not disclose the sealed contents of the audio of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 14th day of December, 2016.

UNITED STATES DISTRICT JUDGE