# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LORENZO TUCKER,<br><br>　　　　　Defendant. | Case No. 2:08-cr-025-KJD-LRL<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the brief currently due on Wednesday, December 21, 2016, be filed and continued to  Friday, January 13, 2017  ; or to a date convenient to the court.

　　　DATED this 19th of December, 2016.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON

3