# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>LORENZO TUCKER,<br><br>                Defendant. | Case No. 2:08-cr-025-KJD-LRL<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 3, 2017 at 9:00 a.m., be vacated and continued to <u>Wednesday, January 25, 2017</u> at the hour of <u> 9 </u>:<u> 00 </u> <u> a </u>.m.; or to a time and date convenient to the court.

   DATED this <u>19th</u> of December, 2016.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE
                                                                    KENT J. DAWSON

3