# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 17-10146 |
| | ) | |
| Plaintiff-Appellee, | ) | 2:08-cr-00025-KJD-CWH |
| vs. | ) | |
| | ) | |
| LORENZO TUCKER, | ) | |
| | ) | |
| Defendant-Appellant. | ) | **ORDER** |
| | ) | |

Pursuant to the order filed on June 6, 2017, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BY ORDERED that Mark Eibert is appointed to represent Lorenzo Tucker for this appeal. Mr. Eibert's address is: P.O. Box 1126, Half Moon Bay, CA 94019 and his phone number is 650-712-8380

Former counsel, The Federal Public Defender's office is directed to forward the file to Mr. Eibert forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this 21st day of June, 2017.
Nunc Pro Tunc Date: June 20, 2017.

_____
UNITED STATES DISTRICT JUDGE