IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>vs.<br>LORENZO TUCKER,<br>    Defendant. | Case No. 2:08-cr-25-KJD-CWH<br><br>**ORDER TEMPORARILY UNSEALING**<br>**TRANSCRIPT** |

On June 27, 2017, Katherine Eismann, Official Court Reporter, received a Transcript Order from Mark D. Eibert and Raquel Lazo, counsel for defendant, requesting a transcript of the sealed hearing March 28, 2017, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 10th day of July 2017.

_____
KENT J. DAWSON
U.S. District Court Judge