IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:08-cr-25-KJD-CWH |
|     Plaintiff, ) | |
|   vs. ) | **ORDER TEMPORARILY UNSEALING** |
| LORENZO TUCKER, ) | **TRANSCRIPT** |
|     Defendant. ) | |

On June 27, 2017, Katherine Eismann, Official Court Reporter, received a Transcript Order from Mario D. Valencia, counsel for defendant, requesting a transcript of the sealed hearing November 30, 2016, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 17th day of July 2017.

_____
KENT J. DAWSON
U.S. District Court Senior Judge