UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>vs.<br><br>LORENZO TUCKER,<br><br>        Defendant-Appellant. | Case No.: 2:08-CR-00025-KJD<br><br>[PROPOSED] ORDER TO PROVIDE SEALED DOCUMENTS TO DEFENDANT FOR USE IN PENDING APPEAL |

**ORDER**

Good cause appearing therefore, it is hereby ORDERED as follows:

The documents described in the Court's July 11, 2017 Order Temporarily Unsealing Transcript may be provided by defense counsel to the defendant, Mr. Lorenzo Tucker, but shall remain otherwise under seal. They shall be used <u>only</u> for the purpose of the preparation and prosecution of Mr. Tucker's appeal.

IT IS SO ORDERED.

Dated: September 21, 2017

_____
HON. KENT J. DAWSON
United States District Judge