UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-00025-KJD |
| Plaintiff-Appellee, | |
| vs. | ORDER TO PROVIDE SEALED DOCUMENTS TO DEFENDANT FOR USE IN PENDING APPEAL |
| LORENZO TUCKER, | |
| Defendant-Appellant. | |

### **ORDER**

Good cause appearing therefore, it is hereby ORDERED as follows:

The document described in the Court's July 19, 2017 Order Temporarily Unsealing [the November 30, 2016] Transcript may be provided by defense counsel to the defendant, Mr. Lorenzo Tucker, but shall remain otherwise under seal. They shall be used <u>only</u> for the purpose of the preparation and prosecution of Mr. Tucker's appeal.

IT IS SO ORDERED.

Dated: October 16, 2017

_____
HON. KENT J. DAWSON
United States District Judge

1