UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00025-KJD-CWH |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LORENZO TUCKER, | |
| Defendant. | |

Presently before the Court is Defendant's *pro se* Response to Order and to Correct Record (ECF No. 292). Essentially, Defendant seeks reconsideration of the Court's prior order (ECF No. 291) which denied his request for re-sentencing. However, Defendant has not presented new evidence or arguments. His claims were already rejected by the Court. Further, at the time he filed his original motion and the present motion *pro se*, he was represented by counsel. Finally, Defendant was released from custody on July 2, 2020, with no supervised release to follow. As such, the Court denies his duplicative motion.

Accordingly, IT IS HEREBY ORDERED that Defendant's Response to Order and to Correct Record (ECF No. 292) is **DENIED**.

DATED: May 23, 2025

Kent J. Dawson
United States District Judge